UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**
JAN 1 4 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

MONROE CURTIS,        )
                      )
        Petitioner,   )
                      )
    v.                )    Civil Action No. 08 0067
                      )
MICHAEL B. MUKASEY, *et al.*,  )
                      )
        Respondents.  )

### ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

ORDERED that petitioner's application to proceed *in forma pauperis* is GRANTED. It is further

ORDERED that this civil action is DISMISSED WITHOUT PREJUDICE.

This is a final appealable Order. *See* Fed. R. App. P. 4(a).

SO ORDERED.

_____
United States District Judge

Date: December 26, 2007